Kenneth Lenk

974 East Wimpole Ave

Gilbert, AZ 85297-1946

(215) 668-8136

ken_lenk@yahoo.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kenneth Lenk, | ) Case No. C15-01148 NC |
| Plaintiff, Pro Se | ) |
| vs. | ) **STIPULATION AND ORDER** |
| Monolithic Power Systems, Inc., | ) **ALLOWING PLAINTIFF TO FILE** |
| Defendant(s) | ) **SECOND AMENDED COMPLAINT AND** |
| | ) **DEFENDANT'S WITHDRAWAL OF** |
| | **MOTION TO DISMISS FIRST** |
| | **AMENDED COMPLAINT** |

**WHEREAS** on March 11, 2015, Plaintiff, Kenneth Lenk ("Plaintiff") filed his Complaint for various causes in this action against Monolithic Power Systems, Inc. ("Defendant").

**WHEREAS** on June 29th, 2015, Plaintiff, Kenneth Lenk ("Plaintiff") filed his First Amended Complaint adding various causes in this action.

Stipulation for filing Plaintiff's Second Amended Compliant and Withdrawal of Defendant's

Motion to Dismiss - 1

**WHEREAS** Plaintiff seeks to file his Second Amended Complaint, which reduces the First Amended Complaint's twenty four causes of action down to eleven to provide clarity and to improve judicial efficiency.

**WHEREAS** a copy of Plaintiff's proposed Second Amended Complaint is attached hereto as Exhibit "A."

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, through Defendant's counsel, that:

1. The Court may enter an order granting Plaintiff leave to file his Second Amended Complaint, a copy of which is attached hereto as Exhibit "A."

2. Subject to the Second Amended Complaint being filed, Defendant withdraws its motion to dismiss the First Amended Complaint.

2. Defendant's responsive pleading shall be due fourteen (14) days after the Second Amended Complaint is filed.

DATED this 10th day of August, 2015

/s/ Kenneth Lenk

Kenneth Lenk, Plaintiff Pro se

DATED this 10th day of August, 2015

Hope Case, Attorney for Defendant

MONOLITHIC POWER SYSTEMS, INC

Stipulation for filing Plaintiff's Second Amended Compliant and Withdrawal of Defendant's Motion to Dismiss - 2

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff, KENNETH LENK is granted leave to amend to file his Second Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS ALSO ORDERED** that Defendant's responsive pleading shall be due fourteen (14) days after the Second Amended Complaint is filed.

**IT IS ALSO ORDERED** that, upon the filing of the Second Amended Complaint, Defendant's Motion to Dismiss the First Amended Complaint will be deemed withdrawn.

**IT IS FURTHER ORDERED** that the Second Amended Complaint is deemed filed as of the date this Order is transmitted via the CM/ECF system.

**IT IS SO ORDERED.**

Dated: August 11, 2015

_____
Judge Nathanael Cousins



GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA