```
1  HOPE ANNE CASE (SBN 157089)
   hcase@srclaw.com
2  ADRIANNA A. RUBINO (SBN 300951)
   arubino@srclaw.com
3  SACKS, RICKETTS & CASE LLP
   1900 Embarcadero Road, Suite 110
4  Palo Alto, CA 94303
   Telephone: 650-494-4950
5  Facsimile: 650-847-1520

6  Attorneys for Defendant
7  Monolithic Power Systems, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH LENK,<br><br>　　　　Plaintiff, Pro Se,<br><br>　vs.<br><br>MONOLITHIC POWER SYSTEMS, INC.,<br><br>　　　　Defendant | Case No. CV15-01148 NC<br><br>**DEFENDANT MONOLITHIC POWER SYSTEMS, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**[Fed. R. Evid. 201]**<br><br>Hearing Date: September 30, 2015<br>Time: 1:00 p.m.<br>Place: Courtroom 7, 4th Floor<br>Judge: Hon. Nathanael Cousins |
| MONOLITHIC POWER SYSTEMS, INC.,<br><br>　　Counter-Complainant and Defendant<br><br>　vs.<br><br>KENNETH LENK,<br><br>　　Counter-Defendant and Plaintiff, Pro Se | |

　　Pursuant to Fed. R. Evid. 201, Defendant Monolithic Power Systems, Inc. ("MPS"), hereby requests that the Court take judicial notice of the following:

　　**A.**　　**Matters Referenced in and Relied Upon in the Complaint**

　　**Exhibit A**: Kenneth Lenk Offer Letter/Employment Agreement; Second Amended Complaint ("SAC") at ¶¶ 20-22, 26, 29, 32, 33, 55, 57, 58, 70, 78, 87, 92, 152, and 155.  Because the Complaint references, selectively quotes from, characterizes and relies upon this document, it

- 1 -

is central to Plaintiff's claim, and its authenticity is not disputed, the Court may consider it under the doctrine of incorporation by reference.  *See United States v. Corinthian Colls.*, 655 F.3d 984, 999 (9th Cir. 2011) (citing *Marder v. Lopez*, 450 F.3d 445, 448 (9th Cir. 2006)); *In re Google, Inc. Privacy Policy Litig.*, No. C 12-01382 PSG, 2012 WL 6738343, at *4 (N.D. Cal. Dec. 28, 2012).

**Exhibit B**: <u>MPS Employee Handbook</u>; SAC at ¶¶ 39, 40, and 41.  Because the Complaint references, selectively quotes from, characterizes and relies upon this document, it is central to Plaintiff's claim, and its authenticity is not disputed, the Court may consider it under the doctrine of incorporation by reference.  *See Corinthian Colls.*, 655 F.3d at 999 (citing *Lopez*, 450 F.3d at 448); *In re Google, Inc. Privacy Policy Litig.*, 2012 WL 6738343, at *4.  Moreover, Plaintiff's prior versions of his Complaint, which assert a claim alleging that the at-will language of the MPS Employee Handbook violated the National Labor Relations Act, are further confirmation of the contents of the MPS Employee Handbook that MPS seeks to introduce.  *See* Complaint at ¶¶ 99-101 [Dkt. 1]; First Amended Complaint at ¶¶ 342-50 [Dkt. 35].

**B.    Matters Subject to Judicial Notice Pursuant to Federal Rule of Evidence 201**

**Exhibit C**: <u>EEOC Complaint</u>.  The EEOC Complaint is a record of an administrative body and is therefore properly the subject of judicial notice.  Fed. R. Evid. 201(b)(2); *see, e.g.*, *Dornell v. City of San Mateo*, 19 F. Supp. 3d 900, 904 (N.D. Cal. 2013) (taking judicial notice of EEOC charge and complaint) (citing *Anderson v. Holder*, 673 F.3d 1089, 1094 n.1 (9th Cir. 2012) ("[A court] may take judicial notice of records and reports of administrative bodies.")) (internal quotation marks omitted).

RESPECTFULLY SUBMITTED,

Dated:  August 25, 2015                    SACKS, RICKETTS & CASE LLP

By:    */s/ Hope Anne Case*
HOPE ANNE CASE
Attorneys for Defendant
Monolithic Power Systems, Inc.

- 2 -

___
**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**
**CASE NO. CV15-01148 NC**