# EXHIBIT A



The Future of Analog IC Technology®

March 12, 2012

Kenneth Lenk
707 Continental Circle, Unit #2211
Mountain View, CA 94040
215.668.8136

Dear Kenneth,

On behalf of Monolithic Power Systems, Inc. (MPS), I am pleased to offer you the position of Director, Marketing of Automotive and Industrial Products, reporting to Maurice Sciammas, Sr. VP of Sales and Marketing.

<u>This offer will expire of its own accord at 3pm, Pacific Time, on March 19, 2012.</u>

Your annual salary will be $175,000, paid bi-weekly. You will receive a one-time sign-on bonus of $20,000.00 subject to normal income tax withholding. In the event that your employment is terminated for any reason within two years, with the exception of involuntary termination due to reasons unrelated to your performance such as reorganization, you agree to return $20,000.00 to the Company within three days from the last date of your employment. Subject to the approval of the Compensation Committee and/or the Board of Directors, you will be granted 8,000 Restricted Stock Units ("RSU"). The RSU grant will vest over a period of Four (4) years. All stock shall be subject to the terms, conditions and vesting schedule of Company's 2004 Equity Incentive Plan and Performance Unit Agreement.

In addition, you will be eligible to participate in the Company's semi-annual bonus program, when applicable. Bonuses may be paid based on the Company's financial performance and your performance; provided, however, that there is no guarantee that any such bonus will be paid and if paid, that the amount is subject to your Manager(s) discretion.

MPS offers a complete benefits package including medical, dental, vision, life and LTD insurance coverage. Our other benefits include a 401(k) plan, Flexible Spending Account, Employee Stock Purchase Program & Health Club Membership incentive.

This offer is subject to your submission of an I-9 form and satisfactory documentation verifying your right to work in the United States within 3 working days. Please also understand that this offer is contingent upon the successful completion of our hiring process which could include but

not limited to your background check, references and verification of all academic degrees and certifications. Should there be any reason for concern regarding this process, please advise the Human Resources Department immediately.

Your employment with MPS is "at will" in that it can be terminated with or without cause, and with or without notice, at any time at the option of MPS or yourself except as otherwise provided by law.

As a condition of this offer you are expected to review, sign and comply with the Employee Confidential Information and Invention Assignment Agreement as well as other documents in compliance with MPS policies and applicable laws, which will be distributed when you start your employment.

We believe you can make a valuable contribution to MPS and hope you accept our employment offer. If the foregoing is acceptable, please sign and return one copy of this offer to the Human Resources department by the expiration date.

Upon your first day of employment with MPS, you will be scheduled to attend an Employee Orientation Meeting with Human Resources at 9:00 am.

Thank you for the opportunity to present this offer. We look forward to an exciting and rewarding employment relationship with you.

Yours truly,

*[signature: Michael Hsing]*

Michael Hsing
President and CEO
Monolithic Power Systems, Inc.

---

Employment offer accepted by:

Signature: *[signature]* KENNETH LENK          Date: 17 MAR 12

Starting Date: 09 APR 12

6409 Guadalupe Mines Road • San Jose, CA 95120 • U.S.A
Tel: 408-826-0600 • Fax: 408-826-0761
www.monolithicpower.com



Dear Ken,

By signing this letter, you agree to amend the following terms in the offer letter ("Offer") dated March 12, 2012 between you and Monolithic Power Systems, Inc.:

You will receive a one-time sign-on bonus of $34,411.55 subject to normal income tax withholding. In the event that your employment is terminated for any reason within two years, with the exception of involuntary termination due to reasons unrelated to your performance such as reorganization, you agree to return $34,411.55 to the Company within three days from the last date of your employment.

Notwithstanding the forgoing paragraph, the remaining terms and conditions of the Offer remain full force and effect.

_____  
Maurice Sciammas Signature

04/19/12  
Date

_____  
Ken Lenk Signature

12 APR 12  
Date