UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LAWRENCE LENK,<br><br>  Plaintiff,<br><br>  v.<br><br>MONOLITHIC POWER SYSTEMS, INC.,<br><br>  Defendant. | Case No.15-cv-01148-NC<br><br>**ORDER FINDING THAT DIVERSITY JURISDICTION EXISTS OVER THE REMAINING CLAIMS IN THE CASE** |

On October 20, 2015, the Court dismissed the federal claims in this case without leave to amend. Dkt. No. 70. Finding that diversity jurisdiction had not been alleged with specificity in the complaint, the Court requested additional briefing from the parties. The parties appear to be in agreement that diversity jurisdiction exists, and the Court agrees. Lenk has demonstrated that he was an Arizona citizen at the time he filed the complaint, while MPS was a citizen of Delaware and California, and the amount in controversy is over $75,000. Therefore, the Court finds that diversity jurisdiction existed over the state law claims at the time the complaint was filed and takes MPS's motion to dismiss under consideration as to the remaining claims.

**IT IS SO ORDERED.**

Dated: November 9, 2015          _____
                                 NATHANAEL M. COUSINS
                                 United States Magistrate Judge

Case No.15-cv-01148-NC